■ Nazario Leon, Respondent, v St. Vincent De Paul Residence, Appellant. [872 NYS2d 664]—Appeal from an order, Supreme Court, Bronx County (Betty Owen Stinson, J.), entered on or about October 27, 2008, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Friedman, J.P., Gonzalez, Buckley and Renwick, JJ.